# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRUCE CONLEY

NO. 2020 KW 0759

**NOVEMBER 09, 2020**

In Re:    Bruce Conley, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2017-199615.

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.** The September 25, 2019 sentencing transcript and criminal court minutes reflect that the district court initially imposed a seven-year sentence, but upon realizing that it made a mistake, the court immediately asked the parties to return to the courtroom. When the parties returned to the courtroom, the court amended the sentence and imposed the seventeen year sentence. Under this circumstance, the district court's amendment of relator's sentence does not constitute double jeopardy or imposition of an illegal sentence. See La. Code Crim P. arts. 591 and 881.5.

JMG
WIL

**McClendon, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT